# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV 05-7132-JFW (MANx)__                                 Date __December 21, 2005__

Title: __U.S. Equal Employment Opportunity Commission__

Present: The Honorable __JOHN F. WALTER__

| Shannon Reilly | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:
Not present                                    Not present

Proceedings:   ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated __11/15/05 [doc # 16]__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer ___sr___

CV-74 (08/97)                          CIVIL MINUTES -REOPENING/CLOSING

1  ANNA Y. PARK, CA SBN 164242
   VICTOR VIRAMONTES, CA SBN 214158
2  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
3  255 E. Temple Street, 4th Floor
   Los Angeles, CA 90012
4  Telephone: (213) 894-1091
   Facsimile: (213) 894-1301
5
   Attorneys for Plaintiff
6  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 U.S. EQUAL EMPLOYMENT            ) CASE NO.: CV05-7132 JFW (MANx)
   OPPORTUNITY COMMISSION,          )
11                                  ) [PROPOSED] ORDER
              Petitioner,           )
12                                  )
13                                  )
                                    )
14 APPLE COMPUTER INC.,             )
                                    )
15            Respondent.           )
                                    )
16                                  )
17                                  )

20     The Court grants the Equal Employment Opportunity Commission's application
       as set forth in the Court's November 8, 2005 Order.
21 to enforce this administrative subpoena against Apple Computer. The court ORDERS
22 Respondent to produce the following ~~information and~~ documents without any redactions,
23 within 20 days of the date of this ORDER:
24
25 1.  Copies of documents that show the current titles of the positions at the Glendale
26 Store and the names of each incumbent in those positions.

28                                  1

2. Copies of records that show the following information for each person who worked at the Glendale Store location at any point from January 1, 2002 to the present:

    a. name

    b. hire date

    c. position titles and dates placed in each position during their employment with Apple Computer

    d. the employment status (i.e. full or part-time) of each person that they had in each position

    e. date of transfer from a different store to the Glendale Store, if applicable

    f. race

    g. national origin

    h. whether or not each person is still employed, and if not, the document showing their discharge, resignation, transfer, etc.

3. Copies of the performance evaluations and records that reflect the number of business contacts Anthony Pascual, Don Dorson, Reza Safai, and Raffi Iskenian brought into the Glendale Store from 2002 to the present, as well as records that show the number of business sales each of them generated during this time period, to the extent such records exist.

4. Copies of records showing the salary history of Anthony Pascual, Than Astin, Don Dorson, Reza Safai, and Raffi Iskenian during their employment at the Glendale Store.

//
//
//
//
//
//
//
//

2

5. Copies of the records that show the following information for each person who was hired at the Glendale Store after April 19, 2004:

    a. name

    b. race

    c. national origin

    d. date of hire

    e. employment status (i.e. full or part-time)

    f. job title

IT IS SO ORDERED.

Dated: November 15, 2005

_____
HONORABLE JOHN F. WALTER
United States District Court Judge

Dated: November 10, 2005

Respectfully Submitted,

BY: _____
Victor Viramontes
Attorney for Petitioner EEOC

3

## DECLARATION OF MAILING

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause. I am employed in the Litigation Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, Los Angeles District Office, 255 East Temple Street, Fourth Floor, Los Angeles, CA 90012.

On the date that this declaration was executed, as shown below, I served the foregoing **[PROPOSED] ORDER** by mail in a sealed envelope with postage therein fully prepaid, in regular mail at Los Angeles, County of Los Angeles, State of California, which was addressed as follows:

C.T. Corporation Systems
Authorized Agent of Service for Apple Computer, Inc.
818 W. 7th Street
Los Angeles, CA 90017

Hillary R. Ross, Esq.
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2005 at Los Angeles, California.

_B.G. Woodard_

Brian A. Woodard